IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     \*

v.     \*     Case No.   22-cr-00105-JKB-1

Mark Unkenholz     \*

\* \* \* \* \* \*

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above named Defendant having been found to be indigent and entitled to appointment of counsel under the Criminal Justice Act, and the government having proffered that they know of no conflict precluding appointment of the Public Defender,

IT IS ORDERED this  31st  day of  March , 2022 , that the Federal Public Defender for the District of Maryland is appointed to represent the above named Defendant.

Beth P. Gesner
United States Magistrate Judge

USDC- BALTIMORE
'22 MAR 31 PM 4:01

U.S. District Court (4/2000) Criminal Magistrate Forms: Appointing Counsel